IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARLISLE FARMS AND**
**TRANSPORTATION, LLC**                                                                 **PLAINTIFF**

**v.**                         **Case No. 3:23-cv-00079 KGB**

**UNITED FINANCIAL**
**CASUALTY COMPANY**                                                                    **DEFENDANT**

## ORDER

Before the Court is the status of this case. The parties have represented to the Court by email that they have resolved all of the plaintiffs claims other than its claim for statutory damages. The parties request that this case be removed from the trial calendar pending a partial motion for summary judgment on the statutory damages claim and a joint stipulation of dismissal. On its own motion the Court removes this case from the trial calendar for the week of April 22, 2024, and suspends all pretrial deadlines. The Court directs the parties to file a joint status report with the Court within 30 days from the entry of this Order.

It is so ordered this 19th day of January, 2024.

_____
Kristine G. Baker
Chief United States District Judge