IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARLISLE FARMS AND
TRANSPORTATION, LLC**                                                                                   **PLAINTIFF**

v.                                          Case No. 3:23-cv-00079 KGB

**UNITED FINANCIAL
CASUALTY COMPANY**                                                                                       **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of partial dismissal with prejudice filed on March 1, 2024 (Dkt. No. 15). The parties state that this case has been partially settled and that they stipulate to the dismissal with prejudice of all claims other than plaintiff Carlisle Farms and Transportation, LLC's ("Carlisle Farms") claim for statutory damages pursuant to Ark. Code. Ann. § 23-79-208 (*Id.*).

In a status report filed on February 16, 2024, prior to the joint stipulation of partial dismissal, the parties stated that they were in the process of exchanging the executed released and settlement check and that, once exchanged, they planned to file a joint stipulation of dismissal (Dkt. No. 14, ¶ 1). The parties further stated that following filing of the joint stipulation of dismissal they anticipated that Carlisle Farms would file, and defendant United Financial Casualty Company would oppose, a motion seeking statutory damages (*Id.*, ¶ 2). As of the date of this Order, Carlisle Farms has not filed a motion seeking statutory damages.

The Court directs Carlisle Farms to file within 30 days of the date of entry of this Order a motion seeking statutory damages and for United Financial Casualty Company to respond to the motion within 14 days of its filing. In the alternative, if the parties continue to negotiate a settlement of this matter or have resolved the remaining issues in this matter, the parties may file

with the Court within 30 days of the date of entry of this Order a joint status report, or separate status reports if they cannot agree, updating the Court on the status of the settlement and on whether the settlement resolved all pending claims in this case.

    It is so ordered this 8th day of July, 2024.

                                                                  _____
                                                                  Kristine G. Baker
                                                                  Chief United States District Judge