IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARLISLE FARMS AND
TRANSPORTATION, LLC**                                                                                              **PLAINTIFF**

v.                                         Case No. 3:23-cv-00079 KGB

**UNITED FINANCIAL
CASUALTY COMPANY**                                                                                     **DEFENDANT**

## ORDER

Before the Court is defendant United Financial Casualty Company's ("UFCC") motion for extension of time to respond (Dkt. No. 19). UFCC represents that plaintiff Carlisle Farms and Transportation, LLC ("Carlisle Farms") filed its motion for statutory damages on August 7, 2024, and UFCC's response to that motion is due on August 21, 2024 (*Id.*). UFCC states that it has prepared a response to the motion that is to be accompanied by declarations of its employees, it has requested that the declarations be executed, and it has not yet received the executed declarations (*Id.*). UFCC requests a one-week extension of time to respond to Carlisle Farms's motion so that it may acquire and attach to its response the executed declarations (*Id.*). UFCC represents that it has conferred with Carlisle Farms regarding this motion and that UFCC has been authorized to state that there is no objection to this motion (*Id.*).

For good cause shown, the Court grants UFCC's motion for extension of time to respond (*Id.*). UFCC has up to, and including, August 28, 2024, to file its response to Carlisle Farms's motion for statutory damages (Dkt. No. 17).

It is so ordered this 21st day of August, 2024.

                                                                                      Kristine G. Baker
                                                                                      Chief United States District Judge