IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARLISLE FARMS AND**
**TRANSPORTATION, LLC**                                                                 **PLAINTIFF**

v.                                    Case No. 3:23-cv-00079 KGB

**UNITED FINANCIAL**
**CASUALTY COMPANY**                                                                    **DEFENDANT**

## ORDER

Before the Court is the motion by defendant United Financial Casualty Company for leave to file an amended answer (Dkt. No. 10). The motion was unopposed by plaintiff Carlisle Farms and Transportation, LLC (*Id.*, ¶ 5). The Court grants the motion for leave to file an amended answer and recognizes the answer attached to the motion as the operative answer (Dkt. No. 10-1), but the Court will not require United Financial Casualty Company to file an amended answer at this stage of the litigation and under the circumstances presented by this case.

The parties resolved this case through settlement while the unopposed motion for leave to file an amended answer was pending (Dkt. No. 15). The Court, at the parties' request, dismissed the action with prejudice (Dkt. No. 16).

There remains pending a motion by plaintiff Carlisle Farms and Transportation, LLC, for statutory damages, which includes a request for attorneys' fees (Dkt. No. 17). Before the Court now is the motion by plaintiff Carlisle Farms and Transportation, LLC, for leave to file reply to defendant's response to the motion for statutory damages (Dkt. No. 23). The motion is unopposed by defendant (*Id.*, ¶ 4). For good cause shown, the Court grants the motion for leave to file a reply, and plaintiff Carlisle Farms and Transportation, LLC, is directed to file its reply on or before September 12, 2024.

It is so ordered this 6th day of September, 2024.

                                                                                                                       */s/ Kristine G. Baker*
                                                                                                                       Kristine G. Baker
                                                                                                                       Chief United States District Judge