IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARLISLE FARMS AND
TRANSPORTATION, LLC**                                                                                  **PLAINTIFF**

v.                              Case No. 3:23-cv-00079 KGB

**UNITED FINANCIAL
CASUALTY COMPANY**                                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Orders previously entered and entered on this date, it is considered, ordered, and adjudged that plaintiff Carlisle Farms and Transportation, LLC's ("Carlisle") complaint is dismissed with prejudice. Previously, the parties partially settled and stipulated to dismissal with prejudice of all claims other than Carlisle's claim for statutory damages pursuant to Arkansas Code Annotated § 23-79-208 (*see* Dkt. No. 16). The Court enters judgment in favor of defendant United Financial Casualty Company on Carlisle's claim for statutory damages and dismisses that claim with prejudice (Dkt. No. 26). The relief requested is denied.

It is so adjudged this 4th day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge